SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| LINDA DARLENE DURNALL,<br><br>           Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>           Defendant. | No.  2:15-cv-00117-CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file A Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of June 5, 2015, by forty-five days, to the new due date of  July 20, 2015, **and all other deadlines be extended accordingly**.  This extension is requested because Plaintiff's attorney is currently out on maternity three weeks earlier than she had planned.

///

///

///

1

```
 1
 2   DATED: April 22, 2015              BENJAMIN B. WAGNER
                                        United States Attorney
 3                                      DONNA L. CALVERT
                                        Regional Chief Counsel, Region IX
 4
 5
 6   /s/ Shellie Lott
     SHELLIE LOTT,                      JEFFREY CHEN,
 7   Attorney for Plaintiff             (As authorized via E-mail on         )
                                        Special Assistant U S Attorney
 8                                      Attorneys for Defendant
 9
10
11
12
...
28
```

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LINDA DARLENE DURNALL, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security <br><br> Defendant. | No. 2:15-cv-00117-CMK <br><br> **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before July 20, 2015.

Dated: April 30, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

3