1  SHELLIE LOTT, SBN:  246202
2  Cerney Kreuze & Lott, LLP
   42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| LINDA DARLENE DURNALL, | No.  2:15-cv-00117-CMK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file A Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of July 20, 2015, by thirty days, to the new due date of August 19, 2015, **and all other deadlines be extended accordingly**.  Upon recently returning from maternity, Plaintiff's attorney has a very heavy briefing schedule.

///

///

///

1

| | |
|---|---|
| DATED: June 24, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX |
| | |
| */s/ Shellie Lott* <br>SHELLIE LOTT,<br>Attorney for Plaintiff | */s/ Jeffrey Chen* <br> JEFFREY CHEN,<br>(As authorized via E-mail on 06/24/15)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LINDA DARLENE DURNALL, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security <br><br> Defendant. | No. 2:15-cv-00117-CMK <br><br> **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before August 19, 2015.

Dated: July 2, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE