BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| LINDA DARLENE DURNALL, | ) | No. 2:15-cv-00117-CMK |
| | ) | |
|     Plaintiff, | ) | **STIPULATION AND ORDER FOR A** |
| | ) | **SECOND EXTENSION OF TIME FOR** |
|     v. | ) | **DEFENDANT TO FILE HER MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully request this additional time because he has a heavy workload and because of recently missed time from the office because of jury duty.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Wednesday, November 18, 2015

                                        Respectfully submitted,

Date: _October 23, 2015_        CERNEY KREUZE & LOTT, LLC

                              By:    */s/ Shellie Lott\**
                                          SHELLIE LOTT
                                          *\* By email authorization on Oct. 22, 2015*
                                          Attorney for Plaintiff

Date: _October 23, 2015_        BENJAMIN B. WAGNER
                                          United States Attorney

                              By:    */s/ Jeffrey Chen*
                                            JEFFREY CHEN
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

                                            <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  October 27, 2015

                                            CRAIG M. KELLISON
                                            UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ