BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| LINDA DARLENE DURNALL, | ) | No. 2:15-cv-00117-CMK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 10 days to file her motion for summary judgment.  Defendant respectfully request this additional time because, upon review of Plaintiff's contentions, the undersigned believes that this case warrants consideration of voluntary remand and would like the opportunity to further consult with the client.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Monday, November 30, 2015

                                              Respectfully submitted,

Date: _November 18, 2015_         CERNEY KREUZE & LOTT, LLC

                                   By:   */s/ Shellie Lott\**
                                                SHELLIE LOTT
                                                *\* By phone authorization on Nov. 18, 2015*
                                                Attorney for Plaintiff

Date: _November 18, 2015_         BENJAMIN B. WAGNER
                                                United States Attorney

                                              By:   */s/ Jeffrey Chen*
                                                JEFFREY CHEN
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

                                                <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  November 20, 2015

                                                CRAIG M. KELLISON
                                                UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ