BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| LINDA DARLENE DURNALL, | ) | Civil No. 2:15-cv-00117-CMK |
| | ) | |
|     Plaintiff, | ) | **STIPULATION AND ORDER FOR** |
| | ) | **VOLUNTARY REMAND PURSUANT TO** |
|     v. | ) | **SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED, by and between Linda Durnall (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision.  The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence, and

1

explain the weight given to the opinion evidence in accordance with 20 C.F.R. § 404.1527, and Social Security Rulings (SSR) 96-2p and 96-5p.  In addition, the ALJ shall evaluate the relevant lay witness testimony and explain the weight given to this statement in accordance with SSR 06-3p.  The ALJ shall re-determine Plaintiff's RFC and issue a new decision.

Respectfully submitted,

Date: _November 25, 2015_    CERNEY KREUZE & LOTT, LLP

By:  _/s/ Shellie Lott*_
SHELLIE LOTT
*By email authorization on Nov. 25, 2015*
Attorney for Plaintiff

Date: _November 25, 2015_    BENJAMIN B. WAGNER
United States Attorney

By:  _/s/ Jeffrey Chen_
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.  PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOC. 12) IS DENIED AS MOOT.  THE CLERK OF THE COURT IS DIRECTED TO ENTER JUDGMENT AND CLOSE THIS FILE.

Dated:  December 31, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2